# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-00043 SEK-7 |
|---|---|
| LOURDES DOS SANTOS ALVES | CHAPTER 13 |
| DEBTOR(S) | |

## INFORMATIVE MOTION
## (AMENDED SCHEDULES F)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of an Amended Schedules F:

    a. Amended Schedule F: *to add unsecured creditor: Autoridad de Acueductos y Alcantarillado.*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice and allow the filing of the amended schedule.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the documents attached hereto.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically

filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 7 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 16, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

IN RE DOS SANTOS ALVES, LOURDES                   Case No. 10-00043
                    Debtor(s)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3941 <br> AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO <br> P.O. BOX 70101 <br> SAN JUAN, PR 00936-8101 | | | | | | | 1,968.52 |
| ACCOUNT NO. 5019 <br> BANCO POPULAR DE PR <br> CARD PRODUCTS DIVISION <br> P.O. BOX 70100 <br> SAN JUAN, PR 00936-8100 | | | OPENED ON 03/2005. CREDIT CARD. LAST USED ON OR BEFORE 4/2009. | | | | 16,031.79 |
| ACCOUNT NO. 6310 <br> BANCO POPULAR DE PR <br> CARD PRODUCTS DIVISION <br> P.O. BOX 70100 <br> SAN JUAN, PR 00936-8100 | | | OPENED ON 11/1999. CREDIT CARD. LAST USED ON OR BEFORE 04/2009. | | | | 43,182.57 |
| ACCOUNT NO. 4978 <br> BANCO SANTANDER DE PR <br> DIVISION DE TARJETAS BANCARIAS <br> PO BOX 362589 <br> SAN JUAN, PR 00936-2589 | | | OPENED ON 04/2005. CREDIT CARD. LAST USED ON OR BEFORE 04/2009. | | | | 27,345.45 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 88,528.33

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE DOS SANTOS ALVES, LOURDES _____ Case No. 10-00043 _____
                Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7452<br>CITI MASTERCARD<br>PO BOX 689182<br>DES MOINES, IA 50368-9182 | | | OPENED ON 09/2008. CREDIT CARD. LAST USED ON OR BEFORE 04/2009. | | | | 3,188.30 |
| ACCOUNT NO.<br>CITIBANK, NA<br>7930 NW 110TH STREET<br>KANSAS CITY, MO 64153 | | | Assignee or other notification for:<br>CITI MASTERCARD | | | | |
| ACCOUNT NO. 4930<br>FIA CARD SERVICES<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | | | OPENED ON 08/2002. CREDIT CARD. LAST USED ON OR BEFORE 04/2009. | | | | 25,674.02 |
| ACCOUNT NO.<br>FIA CARD SERVICES<br>PO BOX 15720<br>WILMINGTON, DE 19850-5720 | | | Assignee or other notification for:<br>FIA CARD SERVICES | | | | |
| ACCOUNT NO.<br>FIA CARD SERVICES<br>1110 NORTH KING STREET<br>WILMINGTON, DE 19801 | | | Assignee or other notification for:<br>FIA CARD SERVICES | | | | |
| ACCOUNT NO. 8264<br>FIA CARD SERVICES<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | | | OPENED ON 04/2001. CREDIT CARD. LAST USED ON OR BEFORE 04/2009. | | | | 20,356.60 |
| ACCOUNT NO.<br>FIA CARD SERVICES<br>PO BOX 15720<br>WILMINGTON, DE 19850-5720 | | | Assignee or other notification for:<br>FIA CARD SERVICES | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 49,218.92

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FIA CARD SERVICES<br>1110 NORTH KING STREET<br>WILMINGTON, DE 19801 | | | Assignee or other notification for:<br>FIA CARD SERVICES | | | | |
| ACCOUNT NO.<br>LCDO. JOSE CHAVES CARABALLO<br>CHAVES CARABALLO LAW OFFICES<br>203 ELEANOR ROOSEVELT<br>SAN JUAN, PR 00917 | | | 2007_PROFESSIONAL LEGAL SERVICES OUTSTANDING. | | | | 5,500.00 |
| ACCOUNT NO. 0000<br>NATIONWIDE CREDIT INC.<br>3010 CORPORATE WAY<br>MIRAMAR<br>FLORIDA, FL 33025-6547 | | | 04/2006. MEDICAL/HOSPITAL EXPENSE PLACED FOR COLLECTION. DISPUTED. | | | X | 104.00 |
| ACCOUNT NO. 1882<br>SPRINT<br>P.O. BOX 219100<br>KANSAS CITY, MO 64121-9100 | | | 11/2007. CELLULAR PHONE. DISPUTED. | | | X | 50.00 |
| ACCOUNT NO.<br>HARVARD COLLECTION SERVICES, INC.<br>4839 NORTH ELSTON AVENUE<br>CHICAGO, IL 60630 | | | Assignee or other notification for:<br>SPRINT | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,654.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 143,401.25

IN RE DOS SANTOS ALVES, LOURDES                                    Case No. 10-00043
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Continuation Sheet - Page 3 of 3

THE DEBTOR(S) RESERVE(S) AND RETAIN(S) THE RIGHT TO FILE AN OBJECTION TO ANY PROOF OF CLAIM THAT DOES NOT COMPLY WITH THE APPLICABLE PROVISIONS OF THE BANKRUPTCY CODE, THE RULES OF BANKRUPTCY PROCEDURE, AND THE LOCAL RULES OF THIS COURT. AND, TO THE EXTENT THAT THE DEBTOR(S) IS/ARE REQUIRED TO LIST AND SCHEDULES ALL DEBTS IN THE OFFICIAL FORMS FILED WITH THIS CASE, SUCH A LISTING SHALL NOT BE CONSTRUED AS A WAIVER OR AN ESTOPPEL TO THE RIGHT OF THE DEBTOR(S) TO PURSUE ANY SUCH OBJECTIONS.

LISTING THIS DEBT IS NOT AN ADMISSION OF THE AMOUNT OWED AND/OR THE EXISTENCE OF THE DEBT. THE AMOUNTS SUPPLIED ON SCHEDULES D, E AND F ARE THOSE SUPPLIED BY THE CREDITORS. WE CLAIM NO KNOWLEDGE OF THEIR PRECISE ACCURACY AND WE RESERVE THE RIGHT TO OBJECT TO SAME IF INSUFFICIENT DOCUMENTATION IS SUPPLIED BY ANY CREDITOR TO SUPPORT ITS PROOF OF CLAIM. THE DEBTOR(S) SPECIFICALLY RESERVES THE RIGHT TO OBJECT TO ANY CLAIM INCLUDING INTEREST OR OTHER CHARGES IN EXCESS OF THAT ALLOWED BY APPLICABLE LAW AND/OR NOT FILED IN ACCORDANCE WITH THE CODE, AND BANKRUPTCY RULES.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE DOS SANTOS ALVES, LOURDES  Case No. 10-00043
    Debtor(s)                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____4____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 16, 2010**     Signature: **/s/ LOURDES DOS SANTOS ALVES**
                                        **LOURDES DOS SANTOS ALVES**              Debtor

Date: _____  Signature: _____
                                                          (Joint Debtor, if any)
                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

                                        _____
                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| DOS SANTOS ALVES LOURDES<br>COND MUNDO FELIZ<br>APT 1004<br>CAROLINA PR 00979 | FIA CARD SERVICES<br>PO BOX 15026<br>WILMINGTON DE 19850-5026 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 PONCE DE LEON STE 1118<br>SAN JUAN PR 00918-2007 | FIA CARD SERVICES<br>PO BOX 15720<br>WILMINGTON DE 19850-5720 |
| AUTORIDAD DE ACUEDUCTOS Y<br>ALCANTARILLADO<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 | FIA CARD SERVICES<br>1110 NORTH KING STREET<br>WILMINGTON DE 19801 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | HARVARD COLLECTION SERVICES INC<br>4839 NORTH ELSTON AVENUE<br>CHICAGO IL 60630 |
| BANCO POPULAR DE PR<br>CARD PRODUCTS DIVISION<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 | LCDO JOSE CHAVES CARABALLO<br>CHAVES CARABALLO LAW OFFICES<br>203 ELEANOR ROOSEVELT<br>SAN JUAN PR 00917 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | MIGUEL A TORRES RODRIGUEZ<br>URB ATLANTIC VIEW<br>120 CALLLE VENUS<br>CAROLINA PR 00979 |
| BANCO SANTANDER DE PR<br>DIVISION DE TARJETAS BANCARIAS<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | NATIONWIDE CREDIT INC<br>3010 CORPORATE WAY<br>MIRAMAR<br>FLORIDA FL 33025-6547 |
| CITI MASTERCARD<br>PO BOX 689182<br>DES MOINES IA 50368-9182 | ROGELIO VARAS<br>URB ATLANTIC VIEW<br>120 CALLE VENUS<br>CAROLINA PR 00979 |
| CITIBANK NA<br>7930 NW 110TH STREET<br>KANSAS CITY MO 64153 | SPRINT<br>PO BOX 219100<br>KANSAS CITY MO 64121-9100 |
| CRIM<br>PO BOX 195387<br>SAN JUAN PR 00918-5387 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 |